UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CHAMBERS OF
**ESTHER SALAS**
**UNITED STATES DISTRICT JUDGE**

MARTIN LUTHER KING COURTHOUSE
50 WALNUT ST.
ROOM 2037
NEWARK, NJ 07101
973-297-4887

September 25, 2013

## LETTER ORDER

Re:   *Piacentile v. Thorpe et al.*
      **Civil Action No. 12-7156 (ES)**

Dear Counsel:

Pending before this Court is Plaintiff Joseph Piacentile's motion to remand this action to the Superior Court of New Jersey pursuant to 28 U.S.C. §§ 1331 and 1441(a). (D.E. No. 11). On August 30, 2013, Magistrate Judge Steven C. Mannion issued a Report & Recommendation suggesting that this Court grant the motion. (D.E. No. 26, (the "R&R")). Magistrate Judge Mannion advised the parties that they had fourteen days to file and serve any objections to the R&R pursuant to Local Civil Rule 72.1. To date, neither party has filed any objections.

The Court has considered Judge Mannion's R&R, and for the reasons stated therein,

IT IS on this 25th day of September, 2013,

ORDERED that this Court adopts Judge Mannion's August 30, 2013 R&R in full.

**SO ORDERED.**

   *s/Esther Salas*
   **Esther Salas, U.S.D.J.**