<u>NOT FOR PUBLICATION</u>

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DR. JOSEPH PIACENTILE<br><br>        Plaintiff,<br><br>        v.<br><br>GREG THORPE, et al.<br><br>        Defendants. | Civil Action No. 12-7156 (ES) (JAD)<br><br>ORDER |

**SALAS, DISTRICT JUDGE**

Pending before the Court is Plaintiff Dr. Joseph Piacentile's motion to remand, (D.E. No. 11), and Defendant Greg Thorpe's objections to United States Magistrate Judge Steven C. Mannion's Report and Recommendation to remand the case to New Jersey state court, (D.E. No. 40). For the reasons set forth in the Court's accompanying Opinion;

IT IS on this 5th day of November 2015;

**ORDERED** that Judge Mannion's Report and Recommendation, (D.E. No. 26), is ADOPTED as the conclusion of law of this Court; and it is further

**ORDERED** that Plaintiff's motion to remand, (D.E. No. 11) is GRANTED; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

**SO ORDERED.**

                                            *s/Esther Salas*
                                            **Esther Salas, U.S.D.J.**